AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENNY TALADAY, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>        Defendant. | **AMENDED JUDGMENT IN A CIVIL CASE**<br><br>Case No.  C14-1290-JPD |

____   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__  **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

     Pursuant to the Court's Memorandum Opinion finding that MetLife unreasonably denied coverage under the contract, violated IFCA, the CPA, and breached the duty of good faith, Dkt. 137, MetLife is hereby ORDERED to pay plaintiffs a total of $254,770.  The $254,770 award is comprised of IFCA damages in the amount of $155,170, $25,000 under the CPA, and $37,300 each for Gary and Denny Taladay as general damages for MetLife's bad faith.
     In addition, the Court ORDERS MetLife to pay plaintiffs $8,189.92 in statutory costs per the Court's Order granting plaintiffs' Unopposed Motion for Bill of Costs, Dkt. 151, as well as attorney's fees in the amount of $396,257, litigation costs in the amount of $19,317.38, and legal

assistant fees in the amount of $9,320.  Dkt. 152.  In total, MetLife shall pay plaintiffs **$687,854.30.**

Dated this 16th day of September, 2016.

WILLIAM M. McCOOL
Clerk

s/ Tim Farrell
Deputy Clerk